**Order filed June 13, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-19-00046-CV
_____

**LAKESHA DIXSON, Appellant**

**V.**

**HOUSTON HOUSING AUTHORITY, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1120344**

---

## O R D E R

Appellant's brief was due June 3, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 28, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM